# PROPOSED COMPLAINT

## UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

SHARONE HUBERT, *Plaintiff,* v. GAIL FISHER (Individual Capacity), COLLEEN VALENTINE (Individual Capacity), ONYA BROWN, OTIS BROWN, MAKERDA BROWN, MARQUIS RASHAD SR., ERICA RASHAD, MARQUIS RASHAD JR., BRYAN VIGER, CAROL OUTLAW, SHARON NEWKIRK, ROSLYN WILLIAMS, MITCHELL SHELTON, *Defendants.*

**CASE NO.: 3:26-cv-XXXXX (To be assigned)**

---

**I. JURISDICTION AND VENUE** This action is brought pursuant to **42 U.S.C. § 1983** and **42 U.S.C. § 1981** for violations of the Plaintiff's civil rights under the First, Fourth, Eighth, and Fourteenth Amendments to the U.S. Constitution. Venue is proper in this district as the events occurred in New Haven, Connecticut.

## II. PARTIES

1. **Plaintiff:** Sharone Hubert, a retired Connecticut Department of Correction (DOC) Lieutenant and a protected Federal Witness/Plaintiff.
2. **Defendants:** Each named defendant is sued in their **individual capacity**. Defendants include a high-ranking state attorney, various retired state officials acting under color of law, and private citizens acting in concert with state actors to deprive Plaintiff of her rights.

## III. STATEMENT OF CLAIM

1. **Aggravated Somatic Battery:** Since the closure of Case No. 3:25-cv-00618, Plaintiff has been subjected to continuous physical battery through the use of state-owned or state-monitored electronic devices. This includes targeted physical injury to the head, face, and completion, resulting in the cracking of dental veneers and threats of skull fractures.
2. **Sexual Assault:** Plaintiff alleges non-consensual physical insertions, including anal penetration, perpetrated through technological or physical means by the named defendants.
3. **Aerial Surveillance:** Defendants have utilized state-affiliated aerial drones to monitor and physically assault the Plaintiff at her residence and in public spaces.
4. **Economic Sabotage and Retaliation:** Defendants have coordinated to shut down Plaintiff's debit cards, withhold income tax returns, and cancel life insurance policies. This conduct escalated following Plaintiff's **January 3, 2025, whistleblower award** of $70,000.

5. **Witness Intimidation:** These acts are intended to terrorize the Plaintiff and her family (specifically her mother and brother) to prevent her from pursuing legal relief in federal court.

**IV. RELIEF REQUESTED** Plaintiff respectfully requests:

1. An **Emergency Temporary Restraining Order (TRO)** prohibiting all defendants from coming within 500 feet of the Plaintiff or her family.
2. An Order directing the **U.S. Marshals** to investigate the unauthorized use of state equipment (drones/recording devices) for the purpose of battery.
3. Compensatory and punitive damages for physical and emotional injury and the violation of constitutional rights.

Sharone Hubert

Sharonehubert@gmail.com

61 Long Hill Terrace

New Haven CT 06515

475-655-6323